IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN VERCUSKY,<br>    Petitioner | : | CIVIL NO. 3:15-cv-2256 |
| | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| WARDEN PURDUE,<br>    Respondent | : | |

## ORDER

**AND NOW**, this 2nd day of December, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED** without prejudice for lack of jurisdiction. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge